**Affirmed and Majority and Concurring Opinions filed April 28, 2022**



In The

# Fourteenth Court of Appeals

## NO. 14-20-00558-CV

**LITIGATION & RECORDS SERVICES, LLC, Appellant**

**V.**

**QTAT BPO SOLUTIONS, INC., Appellee**

**and**

**QTAT BPO SOLUTIONS, INC., Cross-Appellant**

**V.**

**LITIGATION & RECORDS SERVICES, LLC; JAMES LEE, JR.; JAMES LEE LAW FIRM, PC; LEE & MURPHY LAW FIRM, GP; CLAYTON A. CLARK; CLAYTON A. CLARK, ESQ., PC; AND CLARK LOVE & HUTSON, GP, Cross-Appellees**

**On Appeal from the 281st District Court
Harris County, Texas
Trial Court Cause No. 2015-50482**

## CONCURRING OPINION

I agree with the majority's resolution of LRS's appeal. I also agree with the majority's ultimate holding in QTAT's appeal that the trial court did not err when it granted LRS's JNOV because there was no evidence in the record that LRS and Lee had the intent not to perform at the time the letter agreement was signed. However, I write separately to point out that I disagree with the majority's conclusion that Lee's statement in the July 2012 letter agreement, that it was his intent "to realize a profit as soon as possible," is too indefinite to be actionable as fraud as a matter of law. Because I believe we should resolve QTAT's appeal against it only because QTAT failed to introduce evidence of a present intent not to perform, I respectfully concur.


/s/    Jerry Zimmerer
Justice

Panel consists of Justices Jewell, Zimmerer, and Wilson (Jewell, K., majority).